**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 13-CR-0203 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **MARQUETTE BOSTON,** | : | |
| **DAWAYNE BROWN, and** | : | |
| **KEITH MATTHEWS** | : | |
|     **Defendants.** | : | |

**NOTICE OF FILNG OF GOVERNMENT'S MEMORANDUM IN AID**
**OF INTRODUCTION OF TEXT MESSAGES IN D.C. DISTRICT COURT**

The Government submits this memorandum in response to its request for information for other courts in this jurisdiction which have permitted the introduction of text messages akin to those in this case. The United States is aware of the following cases where judges, at trial, have permitted the introduction of text messages:

(1) U.S. v. Thaxton Young, 12-CR-42, Judge Howell (AUSA Steve Wasserman)

In drug conspiracy trial, Court permitted introduction of more than 60 text messages, including text messages with the following language:

    "No.bout 2 eat.will b on the way"
    "Should i get the car .yay or nay"
    "I B at nicks round 2"
    "Hit me at office asap m"
    "Need 2take nate home.waitin on ü b4 it gets 2 late"
    "What r u doin blagen"
    'Nah .i mean worse than xmas"
    "Hit back asap .want 2 know b4 rush hour"
    "Do uhave a comp wit u"
    "U still aint lettin me know nothin 4 cuz"
    "Will hit u b4 we roll .slim runnin a little late .probably b there round 5-30"
    "Send me that steak n cheeze address"
    "Ill c u tomorrow once u get back J ."
    "Bro u cant say my name on that joint ."
    "What r u doing bloggn"
    "U at ofc"

      "Gotta a new one , text me ur # G ."
      I just hit u at the office ."

  (2) U.S. v. Kevin Holland, No. 31-33 (RC), in front of Judge Contreras (AUSAs Anthony Scarpelli and John Han) (case subsequently dismissed for other reasons)

  In drug conspiracy trial, text message evidence containing multiple abbreviations was admitted, including the following texts

      "U at B"
      "Aye"
      " Give me a call when U can"
      "What side town R U on?"
      "U at k        "
      "U up & out?"
       "Gotta go c my tax guy then I will holla at u"
      .Whats good?
      "u already went"
      "No not yet waiting 4 the call"
      : On my 2 B now
      "Aye"
      "U coming pass"
      "At K house"
      "U want me to come thru"

  (3) U.S. v. Ivan Nitschke, No. 11-138, in front of Judge Boasberg (AUSAs David Kent)

  In the context of a case charging attempted persuasion and enticement of a minor, the court considered as evidence private chat conversations that included typing abbreviations that required interpretation, e.g. "pnp" as an abbreviation of "party and play."

  (4) U.S. v. Francis Beauchamp-Perez, No. 11-310, in front of Judge Bates (AUSA David Kent)

  In the context of a case charging travel with intent to engage in illicit sexual conduct, the Government provided evidence of more than 150 Internet chat, telephonic communication, and text messages to and from the defendant.  The electronic messages included slang and text abbreviations.

  (5) U.S. v. Donnell Crews/Antwon Crowder, No. 11-372, in front of Judge Sullivan (AUSA David Kent), In Hobbes Act conspiracy, admitting dozens of text messages between co-conspirators, and to and from a single conspirator after the offense had occurred.  The text messages included slang and text specific abbreviations.

  (6) U.S. v. Paul David Hite, 12-CR-65, Judge Kollar-Kotelly (AUSA David Kent) permitting admission of 65 pages of electronic chats to and from the defendant in an online child enticement case.  The electronic messages included slang and abbreviations used by child predators.

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney

By:  _____/s/_____
TEJPAL S. CHAWLA
D.C. Bar. No. 464012
GEORGE ELIOPOULOS
D.C. Bar No. 390601
Assistant United States Attorneys
555 4th Street, NW
Washington, DC 20530
(202) 252-7280