UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  13-CR-0203 (RJL) |
| | : | |
| v. | : | |
| | : | |
| MARQUETTE BOSTON, | : | |
| DAWAYNE BROWN, and | : | |
| KEITH MATTHEWS | : | |
|       Defendants. | : | |

## NOTICE OF FILNG OF GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESS UNDER FRE 701 AND 702 TO INTERPRET TEXT MESSAGES

The Government submits this memorandum in response to our colloquy with the Court regarding notice to the defendants about calling a witness under FREs 701 and 702 about the text messages in this case.  As more fully stated in the discovery letter attached to this notice, the government notified the defendants that it could seek to use Officers Alvin Cardinal, Kristopher Plumley, and Detective Scott Brown as 702 drug experts, and it provided their specific bases of opinion, and opinions, related to this PCP drug conspiracy.  See Attachment 1 at 3-9 (December 1, 2014 discovery letter to all defense counsel).  In addition, that notice stated:

> The United States also anticipates that Officer Cardinal, MPD Detective Scott Brown, and the case agent involved in the investigation, Officer Kristopher Plumley, will testify at trial about the criminal enterprise in this case, including their communications between one another.  To the extent that any of these persons provides opinions informed by his or her experiences in narcotics investigations, the United States may seek to qualify the agent as an expert witness in the functioning of narcotics conspiracies, their structures, the common methods and terms used by narcotics traffickers in and around the Washington, D.C. area, specifically by those engaged in the distribution of PCP. *See United States v. Smith*, 640 F.3d 358 (D.C. Cir. 2011); *United States v. Hampton,* 718 F.3d 978 (D.C. Cir. 2013).  These experts will provide opinions related to the description of terms used in the various text messages found in the phone of defendants Brown, Matthews, Boston, Adona, and Hicks. These opinions will include descriptions and explanation of terms used in the text messages and explain how the terms are common slang or street code for firearms, ammunition, narcotics (notably PCP), drug paraphernalia, mixing agents, cash, narcotics-dealing, stash houses (aka traphouses), and shootings. A number of these opinions are included in the search warrants in this case, and have been previously discussed with you during the process of discovery.

The letter also provided a list of the officers' experiences and bases of knowledge. See id. at 8-9. In the letter, counsel for the United States specifically cited *Smith* and *Hampton* and provided to the defense notice of its intent to qualify these witnesses as experts under FRE 702 if necessary to discuss the meaning of the text messages in this case. To date, no defendant has made any formal Rule 16 discovery request to the government on this issue.

                                            Respectfully submitted,

                                            RONALD C. MACHEN JR.
                                            United States Attorney

By:        _____/s/_____
           TEJPAL S. CHAWLA
           D.C. Bar. No. 464012
           GEORGE ELIOPOULOS
           D.C. Bar No. 390601
           Assistant United States Attorneys
           555 4th Street, NW
           Washington, DC 20530
           (202) 252-7280